**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-cv-24527-ALTMAN**

**LUIS MANUEL RAMIREZ TORREZ**,

*Petitioner*,

*v*.

**MARKWAYNE MULLIN**, *et al.*,

*Respondents*.
_______________________________________/

# ORDER

The Respondents have filed a Response to Order to Show Cause [ECF No. 11], explaining that, "[o]n September 8, 2026, the Immigration Judge granted [the] Petitioner's request for custody redetermination hearing," "set a bond," and "imposed . . . conditions of release." *Id.* at 1. Accordingly, the Respondents add, "[t]he Petitioner's request for release from custody has been granted upon satisfaction of the bond amount and conditions set by the Immigration Judge." *Id.* at 2; *see also ibid.* ("On September 14, 2026, Petitioner was released from the detention custody of ICE/DHS."). We therefore **DENY as moot** the Petition for Writ of Habeas Corpus [ECF No. 1] and **DIRECT** the Clerk of Court to **CLOSE** this case.

**DONE AND ORDERED** in the Southern District of Florida on October 9, 2026.

_______________________________________
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record

Noticing INS Attorney
Email: usafls-immigration@usdoj.gov